769 A.2d 1048

JEAN METELUS, PLAINTIFF–PETITIONER, v. CONTINENTAL INSURANCE COMPANY, ET AL., DEFENDANTS– RESPONDENTS.

January 29, 2001.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for further consideration of the issue of whether the filing of plaintiff's amended complaint should have related back to the original complaint under *Rule* 4:9–3.